IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRADY MCGRUDER,<br><br>  Defendant. | No. 08-cr-30254 JPG-01 |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Brady McGruder's response (Doc. 244) to the Court's April 21, 2017, order (Doc. 241) warning him that the Court was inclined to construe his *pro se* "Motion to Recall Mandate" (Doc. 240) as a motion under 28 U.S.C. § 2255 and giving him a chance to withdraw that motion to avoid such a construction and the second or successive filing restrictions contained in 28 U.S.C. § 2255(h). In his response, McGruder indicates he wishes to withdraw his "Motion to Recall Mandate." The Court therefore **GRANTS** McGruder's request to withdraw (Doc. 244) and **ORDERS** that McGruder's motion (Doc. 240) is **WITHDRAWN**. McGruder also states he believes this Court has jurisdiction to grant him relief from his sentence after *Mathis v. United States*, 136 S. Ct. 2243 (2016). The Court reiterates that such relief is only available to McGruder through a § 2255 motion, and the Court **DIRECTS** the Clerk of Court to send McGruder a § 2255 form along with this order.

**IT IS SO ORDERED.**
**DATED: May 23, 2017**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **U.S. DISTRICT JUDGE**